UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

ANTONIO T. ROBINSON, SR., Plaintiff

v.

FORD MOTOR COMPANY, Defendant.

Case: 2:26-cv-10267
Assigned To : DeClercq, Susan K.
Referral Judge: Altman, Kimberly G.
Assign. Date : 1/26/2026
Description: CMP ROBINSON V
FORD MOTOR COMPANY (TM)

## COMPLAINT

### I. NATURE OF THE CASE

This is a federal employment discrimination, failure-to-accommodate, and retaliation action brought under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq., including the ADA's anti-retaliation provision, 42 U.S.C. § 12203, arising from Defendant Ford Motor Company's mishandling and misclassification of Plaintiff's work-related medical restrictions, denial of reasonable accommodation, and retaliatory terminations.

### II. JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331. Venue is proper in this District.

### III. PARTIES

Plaintiff Antonio T. Robinson, Sr. is a resident of Detroit, Michigan. Defendant Ford Motor Company is a corporation doing business in Michigan and was Plaintiff's employer at all relevant times.

### IV. FACTUAL ALLEGATIONS

1. Plaintiff began employment with Ford Motor Company on or about November 16, 2021.

2. Plaintiff sustained a work-related back injury on November 28, 2022.

3. Plaintiff properly reported the injury as occupational and was placed on medical leave beginning on or about January 14, 2023.

4. While on medical leave beginning January 14, 2023, Plaintiff complied with Ford Motor Company policy by keeping the company informed of his medical status.

5. Plaintiff submitted medical documentation and work restrictions to Defendant's medical department as required.

6. On or about April 19, 2023, Plaintiff personally reported to Ford Motor Company's medical department and hand-delivered his updated medical restrictions to nurse Shannon Lee Manor. Nurse Manor reviewed the paperwork and handed it back to Plaintiff instead of properly logging and processing the documentation into Ford Motor Company's medical system, which was a departure from her usual practice of entering Plaintiff's medical information into the system. As a licensed nurse employed by Ford Motor Company, Nurse Manor knew or should have known the importance of properly recording medical restrictions. Plaintiff relied on Nurse Manor to perform her duties correctly and reasonably believed his medical status had been properly updated.

7. Plaintiff was terminated on or about May 4, 2023.

8. Plaintiff did not learn the stated reason for his termination until approximately three weeks later, when his union representative, Stanley Stegall, advised him to contact Human Resources.

9. Human Resources informed Plaintiff that he was terminated for allegedly failing to keep Ford Motor Company updated on his medical status.

10. This stated reason was false, as Plaintiff had personally submitted his medical documentation on April 19, 2023.

11. After learning of the termination reason, Plaintiff contacted Ford Motor Company's Health and Safety Department and subsequently returned to the facility to resubmit his medical paperwork. A Health and Safety representative reviewed the documents and confirmed they were the required paperwork.

12. Plaintiff's termination was the direct result of Defendant's failure to properly process his medical documentation.

13. Plaintiff was reinstated to employment on or about November 14, 2023.

14. On or about November 14, 2023, at the time of Plaintiff's reinstatement, Defendant's medical department, through nurse Shannon Lee Manor, improperly reclassified Plaintiff's medical restrictions from occupational to personal, despite prior documentation reflecting an occupational injury.

15. This improper reclassification placed Plaintiff into a no-work status within Ford Motor Company.

16. On March 4, 2024, Plaintiff reported to work but was terminated after being told no work was available. This termination was the direct result of the improper reclassification made on November 14, 2023, which Defendant used to eliminate Plaintiff's position.

17. As a result of Defendant's actions, Plaintiff suffered loss of employment, wages, benefits, and emotional distress.

## V. CAUSES OF ACTION

COUNT I – Disability Discrimination (ADA)

COUNT II – Failure to Accommodate (ADA)

COUNT III – Retaliation (ADA), 42 U.S.C. § 12203

## VI. PRAYER FOR RELIEF

Plaintiff seeks all relief available under law, including reinstatement, back pay, front pay, compensatory and punitive damages, costs, and any other relief the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.


**Respectfully submitted,**

/s/ Antonio T. Robinson, Sr.
Antonio T. Robinson, Sr.
11683 Faust Avenue
Detroit, MI 48228
Plaintiff, Pro Se

provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Antonio T. Robinson sr. "Pro se" | Ford Motor Company |

| (b) County of Residence of First Listed Plaintiff **Wayne** | County of Residence of First Listed Defendant **Wayne** |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [ ] |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [X] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**442**

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 12101 et seq. (ADA) and 42 U.S.C. § 12203 (ADA Retaliation)

Brief description of cause:
Disability Discrimination, failure to accommodate, and retaliation of ADA Act

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____